STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

LEIF DAUTCH (CABN 283975)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    Fax: (415) 436-7234
    Email:  Leif.Dautch@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.  20-MJ-71810 |
|---|---|---|
| Plaintiff, | ) | **DETENTION ORDER** |
| v. | ) | |
| JOHN GOUGH, | ) | |
| Defendant. | ) | |

On December 10, 2020, defendant John Gough was charged by criminal complaint with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1)). The defendant made his initial appearance on the complaint on March 5, 2021.

This matter came before the Court on March 12, 2021 for a detention hearing. The defendant was represented by Hanni Fakhoury. Assistant United States Attorney Leif Dautch represented the government. Ana Mendoza appeared for Pretrial Services. All parties, including the defendant, appeared via videoconference. The government moved for detention, and the defendant opposed.

At the hearing, counsel submitted proffers and arguments regarding detention. The government's proffer included both its detention filing (Dkt. 6) and oral proffers. The government proffered that: (1) during the past 3.5 years, the defendant has been out of custody for a total of roughly

six weeks, and in that time, has been involved in four violent incidents, including a knife attack and three armed robberies; (2) the defendant's 2018 conviction for assault with a deadly weapon was based on a knife attack so serious that it was originally charged as attempted murder; (3) the defendant is believed to have used the charged firearm in two armed robberies in the Mission District of San Francisco on the day of his arrest; and (4) the San Francisco District Attorney's Office dismissed its state charges in lieu of federal prosecution, but the defendant had been ordered detained on those state charges before their dismissal.

Mr. Fakhoury stated that the defendant has a dual diagnosis of mental health and substance abuse issues. The defendant was medically compliant while in San Francisco custody and had been referred to a treatment program through the Behavioral Health Court. Mr. Fakhoury proposed a referral to the New Bridge Foundation in Berkeley, California for continued treatment.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following finding as the basis for its conclusion: the defendant poses a danger to the community which cannot be mitigated by any combination of release conditions. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government,

the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

      IT IS SO ORDERED.

DATED: March 15, 2021

*[signature]*
HON. SALLIE KIM
United States Magistrate Judge